LAW OFFICES OF JOHN L. FALLAT
JOHN L. FALLAT (State Bar No. 114842)
523 Fourth Street, Suite 210
San Rafael, California 94901-3349
Telephone:  (415) 457-3773
Facsimile:  (415) 457-2667

Attorney for Plaintiff
HYPERTOUCH, INC.

PERKINS COIE, LLP
KENNETH B. WILSON (State Bar No. 130009)
ESHA BANDOPADHYAY (State Bar No. 212249)
180 Townsend Street, 3rd Floor
San Francisco, California 94107-1909
Telephone: (415) 324-8637
Facsimile: (415) 344-7050

PERKINS COIE, LLP
DARRELL J. GRAHM (*pro hac vice*)
131 South Dearborn Street, Suite 1700
Chicago, IL 60603-5559
Telephone: (312) 423-8637
Facsimile: (312) 324-9400

Attorneys for Defendants KRAFT FOODS, INC.
and VICT. TH. ENGWALL & CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HYPERTOUCH, INC., a California corporation,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>KRAFT FOODS, INC., a Virginia Corporation, VICTOR TH. ENGWALL & CO., INC., a Delaware Corporation,<br><br>　　　　　　　Defendants. | Case No.  C 05-01589 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME IN WHICH TO COMPLETE MEDIATION AND NON-EXPERT DISCOVERY**<br><br>**[Local Rules 6-1, 6-2, 7-12]**<br><br>Hearing Date:  None<br>Trial Date: November 6, 2006<br><br>The Honorable Phyllis J. Hamilton |

STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME IN WHICH TO COMPLETE MEDIATION AND NON-EXPERT DISCOVERY C 05-01589 PJH          1

1  Plaintiff Hypertouch, Inc. ("Plaintiff") and defendants Kraft Foods, Inc. and Vict. Th. Engwall &
2  Co., Inc. ("Defendants") respectfully request that the Court approve this Stipulation and Order (a) extending
3  the mediation completion date from February 20, 2006 to April 7, 2006 and (b) extending the non-expert
4  discovery cut-off from May 17, 2006 to July 12, 2006.
5  WHEREAS on or about January 19 and 25, 2006, the parties agreed to exchange certain information
6  they believe will allow them to engage in a more meaningful mediation;
7  WHEREAS Defendants are still in the process of collecting the information they agreed to provide
8  to Plaintiff;
9  WHEREAS Defendants will use their best efforts to provide Plaintiff with the information requested
10 by no later than March 10, 2006;
11 WHEREAS Plaintiff will use its best efforts to provide Defendants with the information requested
12 by no later than March 17, 2006;
13 WHEREAS the prior mediation completion date was February 20, 2006;
14 WHEREAS the mediator has stated that he does not object to continuing the mediation to a later
15 date;
16 WHEREAS the parties and the mediator are available to attend mediation on various dates in March
17 and April, 2006;
18 WHEREAS the parties also desire to continue the non-expert discovery date until July 12, 2006 in
19 order to allow for additional discovery following the completion of mediation;
20 WHEREAS the parties previously have not sought any extensions of time in this matter;
21 IT IS HEREBY STIPULATED and agreed among the undersigned, subject to approval by this
22 Court, as follows:
23 1.  The mediation completion date is extended until and including April 7, 2006; and
24 2.  The non-expert discovery cut-off is extended until and including July 12, 2006.

Dated: March 3, 2006                            LAW OFFICES OF JOHN L. FALLAT

                                                By: _____
                                                    JOHN L. FALLAT
                                                    Attorney for Plaintiff
                                                    HYPERTOUCH, INC.

| | | |
|---|---|---|
| 1 | Dated: March 3, 2006 | PERKINS COIE LLP |
| 2 | | |
| 3 | | By: _____ |
| | | ESHA BANDYOPADHYAY |
| 4 | | Attorneys for Defendants |
| | | KRAFT FOODS, INC. and VICT. TH. |
| 5 | | ENGWALL & CO., INC. |

PURSUANT TO THE ABOVE, IT IS SO ORDERED.

Dated: 3/8/06

By: _____
HON. PHYLLIS J. HAMILTON
U.S. District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: IT IS SO ORDERED / Judge Phyllis J. Hamilton]*