1  LAW OFFICES OF JOHN L. FALLAT
   JOHN L. FALLAT (State Bar No. 114842)
2  523 Fourth Street, Suite 210
   San Rafael, California 94901-3349
3  Telephone: (415) 457-3773
   Facsimile: (415) 457-2667
4
   Attorney for Plaintiff
5  HYPERTOUCH, INC.

6                    UNITED STATES DISTRICT COURT

7                   NORTHERN DISTRICT OF CALIFORNIA

8

9  HYPERTOUCH, INC., a California      ) Case No. C 05-01589 PJH
   corporation,                        )
10                                     ) **SUBSTITUTION OF ATTORNEYS**
              Plaintiff,               )
11                                     )
        vs.                            )
12                                     )
   KRAFT FOODS, INC., a Virginia       )
13 Corporation, VICTOR TH. ENGWALL &   )
   CO., INC., a Delaware Corporation,  )
14                                     )
              Defendants.              )
15                                     )
                                       )
16

17       Plaintiff Hypertouch, Inc. hereby substitutes _Walton & Roess LLP_
18 _407 South California Avenue #8 Palo Alto, CA 94306 650 576-8500_,
19 in stead and place of the Law Offices of John L. Fallat, 523 Fourth Street, Suite 210, San Rafael, California,
20 94901, tel. (415) 457-3773, in the above-referenced matter.

21 DATED:
22
         I agree to the above substitution.
23                                              _____
   DATED:                                       JAMES J. WAGNER, President Hypertouch, Inc.
24
25       I agree to the above substitution.
                                                _____
26 DATED:                                       Timothy Walton, Esq.
                                                WALTON & ROESS LLP
27
         I consent to the above substitution.
28                                              _____
                                                N. L. FALLAT, Esq.

   Substitution of Attorneys                                                                    1

[Court seal: IT IS SO ORDERED / Judge Phyllis J. Hamilton / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]