1  TIMOTHY WALTON (State Bar No. 184292)
   WALTON & ROESS LLP
2  407 S. California Avenue, #8
   Palo Alto, CA  94306-1833
3  Telephone:  (650) 566-8500
   Facsimile:   (650) 618-8687
4
   JAY R. HENNEBERRY (State Bar No. 135065)
5  jhenneberry@chadbourne.com
   SUSAN M. ST. DENIS (State Bar No. 149636)
6  sst.denis@chadbourne.com
   CHADBOURNE & PARKE LLP
7  350 South Grand Avenue, Suite 3300
   Los Angeles, CA  90071
8  Telephone:  (213) 892-1000
   Facsimile:   (213) 622-9865
9
   Attorneys for Plaintiff,
10 Hypertouch, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HYPERTOUCH, INC., a California corporation,<br><br>           Plaintiff,<br><br>     v.<br><br>KRAFT FOODS INC., a Virginia Corporation, VICT. TH. ENGWALL & CO., INC., a Delaware Corporation,<br><br>           Defendants. | Case No.  C 05-01589 PJH<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

The parties, through their undersigned counsel, hereby dismiss this entire action with prejudice, with each party to bear its own costs and fees.

Dated:  July 31, 2006          Chadbourne & Parke LLP

By _____/S/_____
Jay R. Henneberry
Attorneys for Plaintiff,
Hypertouch, Inc.

Dated:  July 31, 2006          Perkins Coie LLP

By _____/S/_____
Darrell J. Graham
Attorneys for Defendant,
Kraft Foods Inc.

Dated:  July 31, 2006          Perkins Coie LLP

By _____/S/_____
Darrell J. Graham
Attorneys for Defendant,
Vict. Th. Engwall & Co.

8/1/06

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- 2 -
STIPULATION OF DISMISSAL WITH PREJUDICE C 05-01589 PJH

LA1 - 106209.01